UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 20-1567
_____

THOMAS BELLES,
            Appellant

v.

WILKES-BARRE AREA SCHOOL DISTRICT;
FRANK CASTANO; SEAN FLYNN

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(District Court Civil No. 3-17-cv-01016)
District Judge:  Honorable Karoline Mehalchick

Argued:  October 22, 2020

BEFORE:  CHAGARES, GREENAWAY, JR., and NYGAARD, *Circuit Judges*

_____

JUDGMENT
_____

This cause came to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was argued by counsel on October 22, 2020.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the order of the said District Court entered on March 3, 2020, be and the same is hereby AFFIRMED.

Costs taxed against appellant.

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: January 26, 2021

**Certified as a true copy and issued in lieu of a formal mandate on** 02/17/2021

**Teste:** *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**